1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                        FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    JESSE T. MOTEN,                               1:06-CV-0420-OWW-TAG HC

8              Petitioner,

9         vs.                                      ORDER TO SUBMIT
                                                   APPLICATION TO PROCEED
10   THE PEOPLE OF THE STATE                        IN FORMA PAUPERIS
     OF CALIFORNIA,                                **OR** FILING FEE

11             Respondent.

12   _____/

13

14        Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

15   corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the $5.00 filing fee, or submitted an

16   application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

17   Accordingly, IT IS HEREBY ORDERED that:

18        1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

19   pauperis.

20        2. Within thirty (30) days of the date of service of this order, petitioner shall submit a

21   completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

22   action.

23        Failure to comply with this order will result in a recommendation that this action be dismissed.

24

25   IT IS SO ORDERED.

26   Dated:   **April 27, 2006**                       ____**/s/ Theresa A. Goldner**_____
     **j6eb3d**                                    UNITED STATES MAGISTRATE JUDGE

27

28

Dockets.Justia.com