IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br>　　　　Respondent.<br>_____/ | 1:06-cv-00420-LJO-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE HIS RESPONSE TO ORDER TO SHOW CAUSE<br><br>(Doc. 14)<br><br>FEBRUARY 19, 2008 DEADLINE TO FILE RESPONSE TO ORDER TO SHOW CAUSE |

　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 13, 2007, the Court issued an Order to Show Cause why the instant Petition for Writ of Habeas Corpus should not be dismissed for untimeliness and lack of exhaustion. (Doc. 13). On January 14, 2008, Petitioner filed a motion requesting an extension of time to and including February 19, 2008, to file his response to the Order to Show Cause. (Doc. 14). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　1. Petitioner's request for an extension of time to file a response to the Order to Show Cause is GRANTED;

　　2. Petitioner shall have to and including February 19, 2008 to file a response to the Order to Show Cause. (Doc. 13).

　　3. This Order is made nunc pro tunc to January 14, 2008.

IT IS SO ORDERED.

Dated:　**January 28, 2008**　　　　　　　　　　　　　／s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE