IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN,<br><br>      Petitioner,<br><br>   vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al,<br><br>      Respondents.<br>_____/ | 1:06-cv-00420-LJO-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 18)<br><br>DEADLINE: May 21, 2008 |

      Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 3, 2008, the Magistrate Judge issued Findings and Recommendations in this case. (Doc. 17). Objections to the Finding and Recommendations were due by April 21, 2008. On April 21, 2008, Petitioner filed a motion to extend the time to file objections to the Findings and Recommendations.

      Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      1. Petitioner shall have to and including May 21, 2008, in which to file and serve objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated: **May 13, 2008**                                        **/s/ Theresa A. Goldner**
                                                                              UNITED STATES MAGISTRATE JUDGE