1
2
3
4
5
6          UNITED STATES DISTRICT COURT

7          EASTERN DISTRICT OF CALIFORNIA

8

JESSE T. MOTEN,                                    1:06-cv-00420 LJO TAG  (HC)

9
            Petitioner,                            ORDER GRANTING PETITIONER'S
10                                                 MOTION FOR  EXTENSION OF TIME TO
      vs.                                          FILE OBJECTIONS TO FINDINGS AND
11                                                 RECOMMENDATIONS
PEOPLE OF THE STATE OF CALIFORNIA
12  et al.,                                        (Doc. 20)

13          Respondents.                           DEADLINE TO FILE OBJECTIONS:
    _____/      June 16, 2008
14

15          On April 3, 2008, the Court issued Findings and Recommendations recommending that

16  Petitioner's petition for writ of habeas corpus be dismissed as untimely.  (Doc. 17).  Objections to

17  the Findings and Recommendations were due by April 21, 2008.  On April 21, 2008, Petitioner filed

18  a motion to extend the time to file objections to May 20, 2008, contending that due to prison

19  overcrowding, he had limited access to the prison law library.  (Doc. 18).  In an order dated May 13,

20  2008,  the Court granted Petitioner an extension to May 21, 2008 to file his objections.  (Doc. 19).

21  On May  27, 2008, Petitioner filed a second motion for  an extension of time, asking that he be

22  granted an extension to June 23, 2008 to file his objections, and contending that did not have

23  sufficient access to the law library. (Doc. 20).

24          Petitioner's second motion for an extension of time (Doc. 20) is GRANTED, as follows:

25          1.  Petitioner shall have to and including Monday, June 23, 2008, in which to file objections

26  to the Findings and Recommendations; and

27  ///

28                                                 1

1        2.  No further extensions of time will be granted absent a showing of extraordinary

2   circumstances.

3

4   IT IS SO ORDERED.

5   Dated:   **May 27, 2008**                                            **/s/ Theresa A. Goldner**

6                                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28