# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE T. MOTEN, | ) 1:06-cv-00420 LJO-TAG (HC) |
|  | ) |
|         Petitioner, | ) ORDER ADOPTING FINDINGS AND |
|  | ) RECOMMENDATIONS (Doc. 17) |
| v. | ) |
|  | ) ORDER DISMISSING PETITION FOR WRIT |
| PEOPLE OF THE STATE OF | ) OF HABEAS CORPUS (Doc. 1) |
| CALIFORNIA, et al., | ) |
|  | ) ORDER DIRECTING CLERK OF COURT |
|         Respondents. | ) TO ENTER JUDGMENT |
|  | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 3, 2008, the Magistrate Judge assigned to the case issued Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed for violation of the AEDPA's one-year limitation period. (Doc. 17). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. Petitioner's deadline to file objections was extended to June 23, 2008. (Docs. 18, 19, 20, 21). On June 18, 2008, Petitioner filed objections to the Findings and Recommendations. (Doc. 22).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

1  the Magistrate Judge's Findings and Recommendations are supported by the record and proper
2  analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1.    The Findings and Recommendations issued April 3, 2008 (Doc. 17), are
5             ADOPTED IN FULL;
6        2.    The petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
7        3.    The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.
8        This order terminates the action in its entirety.
9  IT IS SO ORDERED.
10 **Dated:**   **June 24, 2008**                     **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE